AN LE (State Bar No. 260817)
al@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo Bank)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. MERRITT JR. & CATHY MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>Defendant. | Case No. 8:18-cv-01960-JVS-(JDEx)<br>Hon. James V. Selna<br>Ctrm. 10C – Santa Ana<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING**<br><br>Date:   December 10, 2018<br>Time:   1:30 p.m.<br>Ctrm:   10C<br><br>Action Filed:   September 21, 2018<br>Removal Date: October 31, 2018<br>Trial Date:    None Set |

**TO THE HONORABLE COURT:**

Counsel for WELLS FARGO BANK, N.A. (sued as Wells Fargo Bank) ("Defendant") respectfully requests permission to appear telephonically at the Motion to Dismiss set for December 10, 2018 at 1:30 p.m. Grounds for the requests are as follows:

Defendant's counsel is located in Irvine, California; the attorney to appear will be An Le whose telephone number is (949) 442-7110.

However, Defendant's counsel recently had surgery on November 19, 2018 and is unable to physically attend the hearing.

An appearance by telephone will save considerable legal fees and costs; and

None of the parties or the Court will be prejudiced by having counsel appear telephonically rather than in person.

For the foregoing reasons, Defendant respectfully requests permission to appear telephonically at the Motion to Dismiss hearing.

DATED: December 4, 2018

SEVERSON & WERSON
A Professional Corporation

By: */s/ An Le*
An Le

Attorneys for Defendant WELLS FARGO BANK, N.A. (sued as Wells Fargo Bank)

# **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On December 4, 2018, I served true copies of the following document(s):

**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

on the interested parties in this action as follows:

| | |
|---|---|
| Timothy T. Merritt Jr.<br>Cathy Mitchell<br>20122 Pioneer Blvd., #A<br>Cerritos, CA  90703 | Plaintiffs, In Pro Per<br><br>Telephone:  (562) 278-6708<br>cathymitchell875@gmail.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2018, at Irvine, California.

*/s/ An Le*
An Le