# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. MERRITT JR. & CATHY MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>Defendant. | Case No. 8:18-cv-01960-JVS-(JDEx)<br>Hon. James V. Selna<br>Ctrm. 10C – Santa Ana<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING**<br><br>Hearing Date: December 10, 2018<br>Time:         1:30 p.m.<br>Ctrm.:        10C<br>Judge:        Hon. James V. Selna<br><br>Action Filed:  September 21, 2018<br>Removal Date: October 31, 2018<br>Trial Date:    None Set |

The request of Defendant Wells Bank, N.A.'s counsel to appear telephonically at the Motion to Dismiss hearing is GRANTED. Counsel shall e-mail the Clerk (Karla_Tunis@cacd.uscourts.gov) with the phone number where they may be reached on Monday, December 10 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: December 6, 2018

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On December 4, 2018, I served true copies of the following document(s):

**(PROPOSED) ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING**

on the interested parties in this action as follows:

| | |
|---|---|
| Timothy T. Merritt Jr.<br>Cathy Mitchell<br>20122 Pioneer Blvd., #A<br>Cerritos. CA  90703 | Plaintiffs, In Pro Per<br><br>Telephone:  (562) 278-6708<br>cathymitchell875@gmail.com |

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2018, at Irvine, California.

```
                                    /s/ An Le
                                    An Le
```