Yechezkel Rodal
chezky@Rodallaw.com
Rodal Law, P.A.
5300 N.W. 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
Telephone: 954-367-5308
Facsimile: 954-900-1208

　　　appearance *pro hac vice*

Shimon Yiftach (SBN 277387)
shimony@bgandg.com
Bronstein Gewirtz & Grossman
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
Telephone: (424) 322-0322
Facsimile: (212) 697-7296

　　　*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. MERRITT JR. and CATHY MITCHELL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK,<br><br>　　　　Defendant. | Case No. 8:18-cv-01960-JVS-(JDEx)<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT RULE 26(f) SCHEDULING CONFERENCE**<br><br>Conference Date: March 4, 2019<br>Time: 10:30 a.m.<br>Courtroom: 10C, Santa Ana Division<br>Judge: Hon. James V. Selna |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**REQUEST FOR TELEPHONIC APPEARANCE:**

Counsel for Plaintiffs, Timothy T. Merritt Jr. and Cathy Mitchell hereby requests that he be permitted to attend the March 4, 2019, Rule 26(f) Scheduling Conference via telephone because Counsel's office is located in Fort Lauderdale, Florida, and Counsel's personal appearance in California for a Scheduling Conference would require two 5-hour airplane trips and an overnight hotel stay in California. As such, a personal appearance is burdensome to Plaintiffs' Counsel and expensive to Plaintiffs.

However, if the Court requests Plaintiffs' Counsel's personal appearance, he will travel to California as needed. Alternatively, Plaintiffs' local counsel can make a personal appearance, although the undersigned will be lead trial attorney.

The undersigned fully intends to attend in person the May 13, 2019, hearing on Defendant's Motion to Dismiss First Amended Complaint (ECF No. 19).

This request is made following the conference of counsel pursuant to L.R. 7-3. Counsel for Defendant has indicated that Defendant has no objection to the undersigned appearing at the Scheduling Conference via telephone.

**WHEREFORE**, Plaintiffs respectfully move this Court to enter an order allowing Yechezkel Rodal to appear at the March 4, 2019, Rule 26(f) Scheduling Conference via telephone.

DATED: February 26, 2019

By: */s/ Yechezkel Rodal*
Yechezkel Rodal*
Florida Var No.: 091210
Rodal Law, P.A.
5300 N.W. 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
Telephone: 954-367-5308
Facsimile: 954-900-1208
chezky@Rodallaw.com

Shimon Yiftach (SBN 277387)
Bronstein Gewirtz & Grossman
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
Telephone: (424) 322-0322
Facsimile: (212) 697-7296
shimony@bgandg.com

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*.

**Certificate of Service**

On February 26, 2019, I caused this document to be filed and served on all ECF-registered counsel of record using the Court's CM/ECF system.

By: /s/ *Yechezkel Rodal*
Yechezkel Rodal