AN LE (State Bar No. 260817)
al@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo Bank)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. MERRITT JR. & CATHY MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>Defendant. | Case No. 8:18-cv-01960-JVS-(JDEx)<br>Hon. James V. Selna<br>Ctrm. 10C – Santa Ana<br><br>**WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:   June 10, 2019<br>Time:   1:30 p.m.<br>Crtrm.: 10C<br>Judge:  Hon. James V. Selna<br><br>Action Filed:   September 21, 2018<br>Removal Date: October 31, 2018<br>First Amended: January 9, 2019<br>Trial Date:     March 10, 2020 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS**:

**PLEASE TAKE NOTICE** that on Monday, June 10, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-entitled Court, located at the United States Courthouse, 411 West 4th Street, Santa Ana, California 92701, Defendant WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank") ("Defendant") will and hereby does move to dismiss Plaintiffs' Second Amended Complaint ("SAC") pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6). Defendant requests that Plaintiffs' SAC be dismissed without leave to amend because it is without merit and cannot be cured by further amendment. This motion is made pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and is based on the grounds that the SAC fails to state a claim upon which relief may be granted against Defendant and/or fails to state sufficient facts "to provide the grounds of [their] entitlement to relief."

This motion is made following a telephonic meet and confer session between the parties pursuant to L.R. 7-3.

This motion is timely noticed and filed pursuant to L.R. 6-1 because it is filed and served via overnight delivery at least thirty-one (31) days before the motion day designated in this notice.

Tentative rulings may be issued. If issued, they will be available in "Tentative Rulings" section after Noon on the business day before the hearing and/or approximately 1/2 hour prior to the hearing in the courtroom. If all parties submit on the tentative ruling, please advise the Courtroom Deputy, and no appearance will be required.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the SAC, the pleadings and records on file in any and all related actions, all other records on file in this action, and upon such other argument as may be presented at the hearing on this motion.

| | | |
|---|---|---|
| 1 | DATED: April 29, 2019 | SEVERSON & WERSON |
| 2 | | A Professional Corporation |
| 3 | | By: _*/s/ Evelina Manukyan*_ |
| 4 | | Evelina Manukyan |
| 5 | | Attorneys for Defendant WELLS FARGO |
| 6 | | BANK, N.A. (sued as Wells Fargo Bank) |