| | |
|---|---|
| 1 | AN LE (State Bar No. 260817) |
|  | al@severson.com |
| 2 | SEVERSON & WERSON |
|  | A Professional Corporation |
| 3 | The Atrium |
|  | 19100 Von Karman Avenue, Suite 700 |
| 4 | Irvine, California 92612 |
|  | Telephone: (949) 442-7110 |
| 5 | Facsimile: (949) 442-7118 |
| 6 | MARK I. WRAIGHT (State Bar No. 228303) |
|  | miw@severson.com |
| 7 | EVELINA MANUKYAN (State Bar No. 233262) |
|  | exm@severson.com |
| 8 | SEVERSON & WERSON |
|  | A Professional Corporation |
| 9 | One Embarcadero Center, Suite 2600 |
|  | San Francisco, California 94111 |
| 10 | Telephone: (415) 398-3344 |
|  | Facsimile: (415) 956-0439 |
| 12 | Attorneys for Defendant |
|  | WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Bank) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. MERRITT JR. & CATHY MITCHELL, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, <br><br> Defendant. | Case No. 8:18-cv-01960-JVS-(JDEx) <br> Hon. James V. Selna <br> Ctrm. 10C – Santa Ana <br><br> **PROOF OF SERVICE** <br><br> Date: June 10, 2019 <br> Time: 1:30 p.m. <br> Crtrm.: 10C <br> Judge: Hon. James V. Selna <br><br> Action Filed: September 21, 2018 <br> Removal Date: October 31, 2018 <br> First Amended: January 9, 2019 <br> Trial Date: March 10, 2020 |

**PROOF OF SERVICE**
Timothy Merritt, Jr., et al. v. Wells Fargo Bank, N.A., et al.
USDC Central District Case No. 8:18-cv-01960-JVS-(JDEx)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On April 29, 2019, I served true copies of the following document(s):

**WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

on the interested parties in this action as follows:

| | |
|---|---|
| Yechezkel Rodal, Esq.<br>RODAL LAW, P.A.<br>5300 N.W. 33rd Avenue, Suite 219<br>Ft. Lauderdale, FL 33309 | Attorneys for Plaintiffs<br>TIMOTHY T. MERRITT JR. and CATHY MITCHELL<br><br>Telephone: (954) 367-5308<br>Facsimile: (954) 900-1208<br>Email: chezky@rodallaw.com |
| Shimon Yiftach, Esq.<br>BRONSTEIN GEWIRTZ & GROSSMAN<br>1925 Century Park East, Suite 1990<br>Los Angeles, CA 90067 | Attorneys for Plaintiffs<br>TIMOTHY T. MERRITT JR. and CATHY MITCHELL<br><br>Telephone: (424) 322-0322<br>Facsimile: (212) 697-7296<br>Email: shimony@bgandg.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2019, at San Francisco, California.

*Chilaren Kada*
Chilaren L. Kada

Document26                                                                8:18-cv-01960-JVS-(JDEx)
                                                                              PROOF OF SERVICE